

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

Greensboro Division

|  |  |  |
|---|---|---|
| Wilner Sainbert | ) | Case No. $\underline{23\,CV\,888}$ |
|  | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) ) ) ) ) ) |  |
| Amazon.com Services LLC | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) |  |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Wilner Sainbert |
| Street Address | 515 Mystic Dr APT G |
| City and County | Greensboro |
| State and Zip Code | North Carolina, 27406 |
| Telephone Number | 9175693450 |
| E-mail Address | sainbert.wilner5@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                     Amazon.com services LLC

    Job or Title *(if known)*

    Street Address           410 Terry Ave

    City and County         Seattle, King.

    State and Zip Code      WA, 98109-5210

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

In violation of Tittle VII of The Civil Right Act of 1964 as Amanded.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Case 1:23-cv-00888-CCE-JLW   Document 1   Filed 10/20/23   Page 3 of 18

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On April 9, 2023 my former manager Bashir Haneef who run the Ship dock in GSO1 Amazon fulfillment Center falsify a negative performance evaluation as an adverse employment, in detrimental of my employment because I filed an EEOC charge of discrimination for my national Origin against the GSO1 Amazon fulfillment Center in March 7, 2023, I filed a rebuttle on April 12, 2023 with the Respondent HR, and a charge with EEOC on the 06/01/2023, that adverse action violate my right, punish me asserting my right againt discrimination at work place.I claim emotional distress, fear and violation of of my right. I suffered a cognizable adverse employment action because i engaged in Tittle VII proteted activity EEOC.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For my emotional injury, mental distress and fear for detrimental of my employment and retaliation, I ask the court to order $12.000.000 for damage and relief.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                10/20/2023

Signature of Plaintiff

Printed Name of Plaintiff      Wilner Sainbert

### B.  For Attorneys

Date of signing:      10-20-2023

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Greensboro Local Office
1500 Pinecroft Road, Suite 212
Greensboro, NC 27407
Tel: (336) 604-5180
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/26/2023

**To:** Wilner Sainbert
305 Leonard Street
JACKSONVILLE, NC 28540

Charge No: 530-2023-05188

EEOC Representative and email: NINA TROXLER
Investigator
Nina.Troxler@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 530-2023-05188.

On behalf of the Commission,

_Nina Troxler_ for

Ingrid Waden-Wynn
Greensboro Local Office Director

**Cc:**
Neil M Alexander
Amazon c/o Littler Mendelson, P.C.
2301 McGee St Ste 800
Kansas City, MO 64108


Please retain this notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this** Notice. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 530-2023-05188 to the District Director at Elizabeth A. Rader, 129 West Trade Street Suite 400

Charlotte, NC 28202.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

Refused to sign by associate on April 09, 2023, 1:58:20 PM - Delivered by Bashir,Haneef (haneebal)

# Supportive Feedback Document
## Productivity - First Written

**amazon.com**



**Associate Name:** SAINBERT,WILNER (sainbera)
**Manager Name:** Bashir,Haneef (DA7-0730)
**Created On:** April 09, 2023, 1:58:20 PM

## Summary

Your recent job performance is not meeting Productivity expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your productivity feedback:

| Level | Count | Most Recent |
|-------|-------|-------------|

## Details of Current Incident/Specific Concerns

| Process | Function | LC | Hours | Units | UPH |
|---------|----------|-----|-------|-------|-----|
| Ship Dock | 4300035053 Packagepalletized Package Total | Level 5 | 14.7 | 853 | 58.0 |

## Performance Trend

Below is a summary of your past productivity performance.

| Period Start | Units Processed | Hours Worked | UPH | % to Peers | Exempted |
|--------------|-----------------|--------------|-----|------------|----------|
| March 29, 2023, 5:00:00 AM | 853 | 15 | 58.0 | 98.25581359863281 | N |
| March 22, 2023, 5:00:00 AM | 680 | 7 | 93.0 | 48.33333206176758 | N |
| March 15, 2023, 5:00:00 AM | 984 | 13 | 76.0 | 88.30083465576172 | N |
| March 08, 2023, 5:00:00 AM | 1268 | 17 | 76.0 | 89.35064697265625 | N |
| March 01, 2023, 5:00:00 AM | 477 | 6 | 81.0 | 77.20207214355469 | N |
| February 22, 2023, 5:00:00 AM | 1149 | 15 | 74.0 | 80.5128173828125 | N |

## Areas of Improvement Required by Associate

We are committed to helping you improve your overall productivity performance and will assist in addressing any job related barriers impacting your ability to meet expectations based on your willingness to improve. Currently, you aren't meeting expectations per the Quality and Productivity Performance Policy. If performance continues to not meet expectation, further corrective action and/or termination may occur. In addition, if an associate receives a total of 6 written warnings in a rolling 12 months, their employment will end. Please reach out to your manager for additional training or resources.

## Associate Comments

I work as hard and efficient, the company required, so called BOD line my manager accuse me for not having a higher rate while, I am also a signed to close some BOD cages consistently, I believe I discriminated against and retaliate for filing a charge with Equal employment opportunity commission against AMAZON GSO1 Fulfillment Center.,

Associate Signature: SAINBERT,WILNER REFUSED TO SIGN

Date: April 09, 2023, 1:58:20 PM

Manager Signature: Acknowledged by Bashir,Haneef (BadgeID: 13543174)

Date: April 09, 2023, 1:58:20 PM

Case 1:23-cv-00888-CCE-JLW   Document 1   Filed 10/20/23   Page 10 of 18

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **530-2023-05188** |
| | | and EEOC |

*State or local Agency, if any*

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Wilner Sainbert | 917-569-3450 | |

| Street Address |
|---|
| 305 Leonard Street |
| JACKSONVILLE, NC 28540 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Amazon GSO1 | 501+ Employees | (336) 341-8116 |

| Street Address |
|---|
| 1656 OLD GREENSBORO RD |
| KERNERSVILLE, NC 27284 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Retaliation | 03/12/2023 | 04/09/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Amazon (the Respondent) in November 2021. The Respondent has 15 or more employees. I am currently employed with the Respondent as an Associate L-1.

I filed my initial charge of discrimination with the EEOC on or around March 7, 2023, alleging that I had been discriminated against based on my national origin and retaliated against. On or about March 12, 2023, the Respondent's HR Representative told me that I had to undergo a drug test. I was informed that I had to hold a device under my tongue for 45 minutes. My drug test results came back negative. The Respondent conducts random drug testing on employees. When most employees undergo a drug test, they hold the device under their tongue for 15 minutes, not 45 minutes. Furthermore, other employees have not had to undergo a drug test since they were initially hired by the Respondent. However, I was instructed to take a drug test shortly after I filed my initial charge of discrimination against the Respondent with the EEOC in March 2023.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Wilner Sainbert** 06/01/2023 *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Case 1:23-cv-00888-CCE-JLW    Document 1    Filed 10/20/23    Page 11 of 18

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 530-2023-05188 |

| | and EEOC |
|---|---|
| _State or local Agency, if any_ | |

On or about April 9, 2023, my Supervisor accused me of working slowly and not scanning enough items. My Supervisor told me that the system had been monitoring my productivity and my rate went down to 58. I was given a write-up. I refused to sign the write-up. I told my Supervisor that I went to get some cartons and cases, I was not able to scan as many items. I told my Supervisor the system did not know about all of the work that I was doing. I contacted the HR Center regarding the write-up that I received. I had a meeting with a HR Representative to discuss the write-up. The HR Representative told me that management is not responsible for the write-up because they do not control the system. I told the HR Representative that I felt targeted for filing an EEOC charge. The HR Representative told me they would investigate my allegations. Since meeting with the HR Representative on April 9th, I have not been given any information regarding the outcome of my complaint.

I believe that I was forced to undergo a drug test and given a write-up in retaliation for filing a previous EEOC charge against the Respondent.

I believe that I have been retaliated against in violation of Title VII of The Civil Rights Act of 1964 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Wilner Sainbert**<br><br>**06/01/2023**<br><br><div align=right>_Charging Party Signature_</div> | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (_month, day, year_) |

Case 1:23-cv-00888-CCE-JLW     Document 1     Filed 10/20/23     Page 12 of 18

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **530-2023-02015** |
| | | and EEOC |

_State or local Agency, if any_

| Name _(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)_ | Home Phone | Year of Birth |
|---|---|---|
| Wilner Sainbert | 917-569-3450 | · |

Street Address

305 Leonard Street

JACKSONVILLE, NC 28540

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. _(If more than two, list under PARTICULARS below.)_

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Amazon Fulfillment Center( GSO1) | 501+ Employees | (888) 892-7180 |

Street Address

1656 OLD GREENSBORO RD

KERNERSVILLE, NC 27284

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address        City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest      Latest |
| National Origin, Retaliation | 12/08/2022      12/08/2022 |
| | Continuing Action |

THE PARTICULARS ARE _(If additional paper is needed, attach extra sheet(s)):_

I was hired by Amazon (the Respondent) in November 2021. I am currently employed with the Respondent as an Associate L-1. The Respondent has 15 or more employees.

In July 2022, I sustained a workplace injury. I reported the injury to management. I was placed on medical restrictions, and I was given light duty from July 2022--September 2022. I also filed a worker's compensation claim with the Respondent's insurance company, Sedgewick. The insurance company paid for my medical bills but initially refused to cover my travel expenses to the doctor. I retained a lawyer to resolve the matter and the insurance company agreed to pay me for my traveling expenses. In October 2022, I returned to my position as a full time Associate L-1 with no medical restrictions.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Date      _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE _(month, day, year)_ |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **530-2023-02015** |

and EEOC

_____
*State or local Agency, if any*

On or about December 8, 2022, the Area Manager gave me a performance evaluation. He accused me of not working fast enough and not scanning enough items during a 6-hour period on November 30, 2022. He told me that I was not meeting productivity expectations. I disagreed with the evaluation and refused to sign it. I wrote a rebuttal in response to the evaluation. I complained to Human Resources about the negative rating I received on my evaluation.

There were American employees that did not meet productivity expectations, but they were not written up or given a negative rating on their evaluation. After I was given a negative rating on my evaluation, the Area Manager sent me and my Haitian co-worker to inbound zone 7. I believe the Area Manager sends me and my co-worker to inbound zone 7 more often than he does American employees.

On or about December 28, 2022, the Area Manager told me he was informed that I was performing other tasks such as loading and unloading on November 30th in addition to scanning items. Therefore, the Area Manager told me that my evaluation was going to be rescinded and removed.

I believe that I was given a negative rating on my evaluation due to my national origin and in retaliation for filing a worker's compensation claim and obtaining a lawyer to resolve my claim with the insurance company.

I believe that I have been discriminated against based on my national origin, Haitian, in violation of Title VII of The Civil Rights Act of 1964 as amended. I also believe that I have been retaliated against.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| _____    _____<br>Date                                                         *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Case Number
20230413-663300
Preferred Email Address
sainbert.wilner5@yahoo.comEdit Preferred Email Address
Case Status
In Progress: Investigation into your concern(s) is currently in progress.
Preferred Contact Method
EmailEdit Preferred Contact Method
Date Reported
4/12/2023, 7:22 PM
Preferred Contact Time
EveningEdit Preferred Contact Time
Concern Category
Performance Concerns

Description of Concerns
My current manager is under pressure by his bosses and co-manager, he write-me up by giving me an unfair and negative evaluation to target me and punish me for asserting my right to be free from employment discrimination and retaliation at work place. According to my manager , I got write up in (BOD);this is a slow lane where most items are extra large and heavier, when I question him about the rate, my manager tells me the rate in BOD is 81 while my former PA James told me the rate in BOD is 70, indeed my manager is aware every moment on the lane I close cages my rate drop below 70 and below 60, when lane come slow rate drop as well, he used the times I close cages and times lane slow to maliciously fabricate a negative review against me to accuse me of unproductive while I am very active employee, I have no barriers to perform my tasks every day. I never had a write-up before I got hurt and I filed my work compensation and retain an attorney; I believe I am continuously retaliated against even though I work hard and fast. I need HR Center to come and investigate. Urgent! Employee: Wilner Sainbert